Patrick Culver
TRCI # 20896675
82911 Beach access rd
Umatilla OR, 97882
Pro-se

FILED 3 APR '19 11:01 USDC-ORP

united states district court
 District of oregon
  Pendleton Division

2:19-cv-00492-MC

Patrick Culver
Plaintiff

V

mark nooth
Eastside Institutions
administrator:
Troy   bowser
superintendent
TRCI: Bob
martinez counselor

Case no:
complaint 42
U.S.C   1983
(violation of
civil rights
under color
of Law) 42
U.S.C  12101
et seq
[Americans
with disabilities
act

Demand   for
Jury Trial

verified
   complaint

Page 1   1983  complaint

# Introductory Statement
## Paragraph # 1

### 1

This is A civil Rights action brought by Plaintiff Patrick culver in which he seeks relief For for defendants violations of his rights secured by the u.s constitution including the four teenth and eighth admendments and the ciuil rights act of 1983; and by the Americans with disabilities act of 1990, 42 u.s.c 12101 et. seq. Plaintiff seeks declaratory and injunctive relief, punitive + compens atory damages, including reasonable attorneys Fee's, cost + disbursements pursuant to 42 u.s.c 1988

### 2

Plaintiff who is A prison Inmate suffering From

severe mental Illness is presently incarcerated in the mental health unit (mhu) at two Rivers correctional Institution (TRCI) on or about 6-18-18 Plaintiff was bitten by A R.O.C K9 dog while walking through the unit and then was punished For his responsive actions taken while in active status of his severe mental Illness (SMI via this action plaintiff seeks to vindicate his right to be Free From cruel and unusual punishment and to recieve therepeutic, safe, adequate medical care in A prison enviroment, Free From attack From vicious dogs and retaliation From Staff i.e Given major D.R

Dsu time and fines

3

Jurisdiction and venue

Jurisdiction exists under 28 U S C 1331 because this action arises under the Laws of the U.S constitution. this court has Jurisdiction over plaintiffs claims under 28 U.S.C 1343 because plaintiff has brought this action 2 seek redress for the deprivation of rights secured by the U.S constitution

4

venue is proper under 28 U.S.C 1391 (B)(2) because the acts + ommisions

Page 4 - 1983 complaint

alleged herein occured
in umatilla county
oregon

## 5
### Parties

Plaintiff Patrick culver is
an adult citizen of the
united states and the
states of oregon who has
been in the custody of
O.D.O.C, and housed at
T R C I in umatilla, OR at
all times relevant to
this complaint

## 6

Defendants are and were
employees of ODOC at all
times material to this
complaint. At All times
relevant herein, each
defendant acted under

color of state Law and withing the course and scope of their employment Each defendant is sued individually + in his offic ial capacity

7

Defendant mark nooth was at all times relevant the eastside Institutions administrator

8

Defendant troy bowser was at all times relevant herein the superintendant of TRCI

9

Defendant Bob martinez was at all times relevant herein A counselor at TRCI and one of the hands of the ROC K9 Dog rescue program

10
Factual Allegations

Plantiff   A   State   prisoner
is   diagnosed   by   ODOC
as   severely   mentally   ill
i.e   major   depression   and
other   unknown   disorders.
upon   information   and
belief   plaintiff   is   misdiagnosed
as   evidenced   by   His
suicide   attempts   and
categorized   an   mH2   when
he   is   in   fact   an   mH3
this   is   due   to   behavorial
Health   Staffs   deliberate
indifference.   Plaintiffs   mental
Illness which ↑ negatively   affects
his   everyday   Life   and   caus
es   him   difficulties   IN
managing   his   activities
of   daily   Living

## 11

On   or   about   6-18-18   Plain
tiff   was   walking   through
the   dayroom   towards   A
table   to   play   A   board game
with   other   inmates   when

Page  7   1983  complaint

an Roc Kg dog by the name of Phillip came Lunging from under the table near the one Plaintiff was heading for and bit him on the Leg

12

After this occured Plaintiff began having actwe symptons of his mental Illness and was becoming increasingly stressed and anxiety ridden

13

Plaintiff told the dog handler inmate Jeremia Raber to "get the dog away from him", inmate raber replied "no you get away from the dog", this exchange only increased Plaintiffs mental health crisis as he then Kicked out at the dog nearly missing him and inmate

Page 8   1983 complaint

Raber in his crisis

14

Plaintiff was then given a major misconduct report for inmate assault I> Disrespect 1, disturbance and disobediance of an order, 1, Plantiff was Found guilty of all but the disturbance charged which was dismissed and sentenced to disciplinary segregation for 90 days Loss of priveledges for 28 days and a 200.00 Fine

15

During this period isolation segregation Plaintiff deteriorated and attempted suicide twice while in the DSU, once by taking pills and trying to Jump off the 2nd Floor tier while being

Page 9 1983 complaint

escorted and once by attempting to hang himself, as a result plaintiff spent 2 days in an outside hospital recovering from his injuries

16

In the disciplinary report case # 1806 T.R.C.I 0109 TRCI as Lt was noted that Plaintiff seemed very scared and startled by the dog

17

on 6-20-18, 7-30-18 and 7-18-18 Plaintiff wrote kytes to R.O.C who said " this dog will no Longer be allowed on the MHU" and MRS Stonecypher asking her to write A statement that she already seen

Page 10 1983 complaint

this dog Phillip attack me in her classroom to which she replied "I did write A state-ment already + emailed Lt QmHP nelson"

19

on 7-10-18 Plaintiff filed A 6rievance TRCI - 2018-07-033 about this series of events

on 7-30-18 Defendant martinez replied stating I acknowLedge that canine Phillip has demon-strated reactiveness towards you on several occasions + then went on to deny the grievance (Reactiveness is A misnomer for aggressiveness)(empha sis mine)

19

Defendant went on to state that " There are times with A handler

Page 11  1983 complaint

Is required to give A
brief and quick directive
to someone," i.e ( saying
inmates can give other
inmates commands)(emphasis
mine) and then went on
to deny the grievance
appeal. Defendant bowser
use of the words react
-iveness to some individu
-als shows his awareness
of this dogs prior attacks

20

on 9-29-18 Plaintiff filed
Grievance appeal T.R.C.I
-2018-07-033-AA argruing
that no known vicious
dogs should ever have
been allowed on the mHu
in the First place and
that inmates have "no
authority over me, to do
anything at anytime, if
Inmate Raber noticed
Phillip being agitated by
me then he himself

Page 12 1983 complaint

Should have gotten up &
moved to another area
as he is supposed to
be the trained handler
of R.O.C dogs

21

On 10-30-18 defendant
nooth responded to this
final appeal TR.CI- 2018
-07-033- AA concurring
with superintendent bows
er and denying my appeal
this exhausted all available
administrative remedies
for plaintiff

22

By defendants own ad
missions they were fully
aware of A vicious dog
on the mhu who had
already tried to attack
plaintiff several times
and other inmates yet
they did nothing about
it until after the dog
finally lunged at and bit

* Page 13 1983 complaint

Plaintiff ▨▨▨▨▨▨▨ and then they punished Plaintiff for his reactions which were exacerbated by his SMI, which in turn exacerbated his SMI more and induced two suicide attempts, one of which required two days hospitalization

23

As A result of defendants actions plaintiff suffered severe pain and suffering and exacerbation of his SMI, major disciplinary action, 2 suicide attempts, DSU time, Psychological torture

24

▨. First Claim for Relief

Deprivation of federal civil rights cruel & unusual punishment 42 U.S.C 1983 – violation of eighth amend ment failure 2 protect

25

Plaintiff realledges and

incorporates each allegation contained in paragraph 1 thru 24

## 26

As a state prisoner Plaintiff has the eighth amendment right to be Free From cruel and unusual punishment while incarcerated + prison officials are responsible for providing safe living condltions and are not allowed by ~~law~~ law to place inmates nor allow known vicious dogs to lunge at and attack smi Inmates, defendants are required to comply with applicable Law and policies protecting plaintiffs health and safety

## 27

Defendants are and were aware of plaintiffs smi and placed him in direct danger by allowing A known vicious

dog onto an mHu unit, mo whom had already had an aggressive past.

28

Acting under color of state Law, defendants have know -ingly disregarded excessive risks to plaintiffs health and wellbeing by refusing to take corrective actions and allowing and condoning A vicious dog onto the mHu that had on past occassions tried to attack plaintiff safety, corrective action would have includ ed the Granting of the Grievance and or appeals, dismissing the mayor dis cliplinary report and the monetary fine, Defendants ongoing deliberate indiffer ance to plaintiffs safety, and failure to take reas onable protective measures after the First attempted attack by canine phillip

page 16, 1983 complaint

at this First attempt
defendant martinez should
have removed Phillip From
the mHU permanently,
instead defendant martin
ez chose to ignore this
situation until it esca
lated + pllantiff was
harmed has deprived
plaintiff of his right to
safe living conditions, de
fendants wrongful actions
have included, allowing A
known vicious dog on to
the mHU, allowing plaintiff
to be exposed to several
past attempted attacks,
exposed to pain + suffering
mental duress, psychological
torture, disciplinary segrega
tion, monetary fines, being
subjected 2 control by
another inmate, this canine
has also tried to attack
others and was known by
defendant martinez to be
an vicious dog

Page 17 1983 complaint

29

The actions of defendant described herein have been malicious, deliberate intentional and embarked upon with knowledge of or in concious disregard of the harm that would be inflicted on plaintiff. These actions caused direct harm to plaintiff. As a result of this intentional conduct plaintiff is entitled to punitive damages against defendants in their individual capacities in an amount sufficient to punish them + deter others from similar conduct

30

Defendants violated rights held by plaintiff which were clearly established + no reasonable official similarly situated to defendants could have believed his or her conduct was lawful or within the bounds of reasonable

Page 18 1983 complaint

discretion, defendants thus Lack qualified or statutory immunity From suit or Liability

## ITEM 31

As A direct and proximate result of these actions described herein, plaintiff sustained actual damages, including dog bite, mental torture, pain and suffering anguish, psychological trauma worsening of sMI, disciplinary report, monetary Fine, segregation, all to his damage in an amount to be ascertained accordin to proof at trial

## ITEM 32

Second claim , For relief deprivation of Federal civil rights cruel and unusual punishment-inhu mane conditions of conf inement (42 u.s.c 1983 eighth Amendment

Page 19 , 1983 complaint

Plaintiff realleges and incorporates each & every allegation contained in paragraphs 1 thru 24

## # 33

Defendants actions in allowing A known vicious dog who had attempted to Attack others as well as plaintiff onto an mHU unit where inmates are particularly vulnerable due to their smI, subjecting plaintiff to repeated Attempted Attacks and punishment of plaintiff for active symptons of his smI (even though BHS staff failed to Label this as such due to deliberate indifferance) violate the eighth amendments prohibition against cruel and unusual punishment of prisoners, moreover the mutually reinforcing effect of these abuses combined

Page 20 1983 complaint

to create A much more inhumane enviroment than the mere sum of each abuse. Plaintiff has the right not to be subjected to cruel + unusual punish--ment while in custody defendants actions were an imposition of cruel and unusual punishment against Plaintiff

## # 34

The actions of defenda--nts described in this complaint have been mali--cious, deliberate, intention-al and embarked upon with knowledge of or in concious disregard of the harm that would be inflicted on plaintiff These actions caused direct harm to plaintiff, As the result of this intentional conduct, plaintiff is entitled to punitive damages against

Page 21   1983 complaint

defendants in their individual capacities in an amount sufficient to punish them and to deter others from similar conduct

## #35

Defendants violated rights held by plaintiff which were clearly established + no reasonable official similarly situated to defendants could have believed that his or her conduct was lawful or within the bounds of reasonable discretion. Defendants thus lack qualified or statutory immunity from suit or liability

## 36

As a direct + proximate result of the described herein, plaintiff sustained

Page 22    1983 complaint

actual damages, including pain and suffering, psychological torture, worsening of SMI, anguish, two induced suicide attempts major disciplinary action and Report, time in segregation all to his damage in an amount be ascertained according to proof at Trial

## 37

Third claim For ReLief Americans with disabilities Act (42 U.S.C 12101 et seq) Plaintiff alleges + reinc-or ates each and every allegation contained in paragraphs 1 thru 24

## 38

Plaintiff suffers From mental disabilities that interfere with his major Life activities including

Page 23    1983 complaint

major depression and other undiagnosed illnesses, defendants knew of or should have been aware of plaintiffs disabilities

39

Defendants subjected plaintiff to discrimination on the basis of his disabilities + were deliberately indifferent to the need to accomodate plaintiffs mental disabilities which effectively deprived plaintiff of the services, programs or activities offered by TRCI to other prison inmates similarly situated including safe living conditions, adequate and a appropriate grievance procedures, plaintiffs was other wise qualified and entitled to

page 24    1983   complaint

40

CRCI is an Institution that recieves money from the federal Government

41

Fourth claim for relief deprivation of federal civil rights Fourteenth admendment due process failure to protect (42 u.s.c 1983)

Plaintiff realledges and reincorporates each and every allegation contained in paragraphs 1 thru 24

42

The fourteenth admendment to the u.s constitution Forbids defendants From depriving plaintiff of his property without due process of the Law

43

Defendants actions deny plaintiff of his right of

safe Living conditions
and proper adequate
Grievance procedures and
did not Follow proper
prison procedure or
applicable state or Fede-
ral Law. these wrongful,
abritrary actions deprived
plaintiff of his right
to possess that property
without due process of law

44

Defendants actions have
been malicious deliberate,
intentional and embarked
upon with knowledge of
or in concious disregard
of, the harm that would
be inflicted upon plaintiff
. these actions caused
direct harm to plaintiff
, As A result of this
intentional conduct, plain-
tiff is entitled to

Page 26    1983 complaint

punitive ~~advantage~~ damages against defendants in an amount sufficient to punish them + deter others from similar conduct

45

Defendants violated rights held by Plaintiff which were clearly established and no reasonable official similarly situated to defendants could have believed his or her conduct was lawful or within the bounds of reasonable discretion, defendants thus lack qualified or statutory immunity from suit or liability

46

As a direct + proximate result of the actions described herein plaintiff sustained actual damages including dog bite, pain

and suffering, psychological torture, major disciplinary action and fines, inducement of suicide attempts exacerbating of SMI Loss of his personal property

47

As A result of the above plaintiff is entitled to an award of compensatory damages against defendants in an amount to be ascertained accordin to proof at Trial

## Prayer 4 Relief

wherefore, plaintiff respectfully prays that this court will enter A Judgement in his favor and against defendants in an amount

Page 28   1983 complaint

to be proven at trial as Follows

A) For an award of punitive damages in an amount to be proven at Trial

B) For an award of compensatory damages in an amount to be proven at Trial

C) A declaration that the acts and ommissions described herein violated Plaintiffs civil rights

D) Injunctive relief, ordering defendants to dismiss the major misconduct report, restore plaintiffs fines immediately

E) To create policy and procedures preventing known vicious dogs to be allowed on the mHU ever again

F) For plaintiff reasonable Attorney Fees, costs and disbursements

Page 29 1983 complaint

G) For other such relief as this court deems appropriate, as the law permits + Justice requires

pursuant to 28 U.S.C 1746

I hereby verify and declare under penalty of perjury that the foregoing is TRUE true and correct, except as to matters entered upon information and belief and as to those, I believe them to be true + correct

Respectfully Submitted

Dated 3-25-19

Patrick Culver
T.R.C.I # 20896679
82911 Beach access rd
Umatilla OR, 97882

Page 30    1983 complaint    pro se

## CERTIFICATE OF SERVICE

**CASE NAME:** Culver                    v. Nooth et al

**CASE NUMBER:** (if known) _____

COMES NOW, Patrick Culver , and certifies the following:

I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution, Umatilla, OR.

That on the 25 day of March , 20 19, I personally placed in the Correctional Institution's mailing service a **TRUE COPY** of the following:

1983 civil rights complaint

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

**Number of copies ( I ) to:**

Clerk of the Court
Mary L. Moran
U.S.D.C. (Dist. of OR.)
1000 SW Third Ave.
Portland, OR. 97204

**Number of copies ( ) to:**

**Number of copies ( ) to:**

**Number of copies ( ) to:**

_____
(Signature)
Print Name  Patrick Culver
SID#  20896675
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR  97882

Page 1 of 1 – Certificate of Service